UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 17-1525 (DLF) |

## STATUS REPORT

Consistent with the Court's October 26, 2017 Order and the Minute Order entered on November 28, 2017, Defendants hereby provide the following information to the Court and proposed schedule for completion of production of documents to Plaintiffs.

The Status of Searches:

The Federal Bureau of Investigation ("FBI") has completed its search for responsive documents in this Freedom of Information Act ("FOIA") action; and the Criminal Division of the Department of Justice has also completed its search for responsive documents. The Executive Office for United States Attorneys ("EOUSA") has also completed its search for responsive documents, but its review for responsive records continues. The search for responsive records within the United States Department of State ("State") is largely complete but the search of one component remains outstanding and review for responsive records continues.

Proposed Production:

Defendants propose that the date for the first production of documents be accomplished by January 26, 2018, with monthly rolling releases on the 26th of each

month after that date.  All of the agencies and components prefer the same release date because they are coordinating consultations and referrals and are also conferring with regard to duplicate documents.  The need to coordinate among our agencies also explains the need for extra time until January 26th for the initial productions, because the documents will need to be reviewed internally within the agencies and then some documents will require consultation between the agencies and components.

Further Status Report:

Defendants also propose that a further status report be filed on or before March 5, 2018, to update the Court on the status of the productions and on processing.  The agencies should be in a better position by then to provide the Court with details on the status of processing and the additional time that may be needed to complete the productions.

Respectfully submitted,

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: _____ /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2536
mark.nebeker@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing status report has been made through the Court's electronic transmission facilities on this 5th day of December, 2017.

/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel:   (202) 252-2536
Email: mark.Nebeker@usdoj.gov
