UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-1525 (DLF) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STATUS REPORT

Pursuant to the Court's April 3, 2018 Minute Order, the parties have conferred and provide the following joint status report.

### FBI

The Federal Bureau of Investigation ("FBI") has completed its search for responsive documents in this Freedom of Information Act ("FOIA") action and has made its final release of responsive non-exempt pages to plaintiff on February 26, 2018.  However, it is possible that the other defendant agencies may refer or consult with the FBI with regard to any pages/documents containing FBI equities as those agencies come across those pages as they continue their processing.

### The Criminal Division

The Criminal Division made its third interim release on April 26, 2018, at which time it released in part seven pages of records to Plaintiffs and made referrals to the Department of Justice Office of Information Policy, the Federal Bureau of Investigation and the Department of State.  The Criminal Division is continuing to consult with other

agencies and components and is making every effort to complete the processing of its remaining responsive records.

<u>The Executive Office for United States Attorneys ("EOUSA")</u>

EOUSA has also completed its search for responsive documents, and continues to provide Plaintiffs with responses to the FOIA request on a rolling basis typically by the 26th of each month.  To date, EOUSA has made four responses, and a fifth is expected on Tuesday, May 29, 2018.[1]  EOUSA's review for responsive records and addressing materials referred to it from one or more other components continues.  Due to the volume of records that still remains to be reviewed, EOUSA does not have a date for completion of production to provide to the Court, at this time.  EOUSA aims to complete its productions to Plaintiffs by the most expeditious means possible.

<u>Department of State</u>

The Department of State ("State") is continuing to process records that are potentially responsive to Plaintiffs' request.  State has made four monthly productions of responsive, non-exempt records, and will continue to make productions on the 26th of each month.  Due to the volume of records that still remains to be reviewed, State does not have a date for completion of production to provide to the Court, at this time.  State aims to complete its productions to Plaintiffs by the most expeditious means possible.

<u>Proposed Production</u>:

Defendants propose that monthly rolling releases continue to be made, where necessary, on the 26th of each month.

---

[1] Counsel for the parties have agreed that where a production date falls on a weekend, it would be appropriate to complete that production on the next business day. *See* Fed. R. Civ. P. 6(a)(3).

Further Status Report:

The parties also propose that a further status report be filed on or before July 9,

2018, to update the Court.

Respectfully submitted,

| | |
|---|---|
| _____/s/ | JESSIE K. LIU, DC Bar #472845 |
| MATTHEW TOPIC, ESQ. | United States Attorney |
| Illinois ARDC No.: 6290922 | |
| Loevy & Loevy | |
| 311 North Aberdeen, 3rd Floor | DANIEL F. VAN HORN, DC Bar #924092 |
| Chicago, IL 60607 | Chief, Civil Division |
| 312-789-4973 (direct) | |
| 773-368-8812 (cell) | By:_____/s/ |
| matt@loevy.com | W. MARK NEBEKER, DC Bar #396739 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, DC  20530 |
| | (202) 252-2536 |
| | mark.nebeker@usdoj.gov |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing status report has been made through

the Court's electronic transmission facilities on this 25th day of May, 2018.

_____     /s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel:   (202) 252-2536
Email: mark.Nebeker@usdoj.gov