UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 17-1525 (DLF) ) |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Patricia K. McBride, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Dated: June 21, 2022
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar. #481052
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　Chief, Civil Division


　　　　　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　PATRICIA K. MCBRIDE
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　202-252-7123

　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*